# Exhibit 1 (attachments are filed under Seal)