# Exhibit 2 (attachment is filed under Seal)