# *Exhibit 3*

I, *Andrea Bettancourt* understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.

ACCEPTED AND AGREED:

By: _____      5-25-16
**ANDREA BETTANCOURT**                      Date

STATE OF TENNESSEE          )
COUNTY OF *Williamson*      )

BEFORE ME, the undersigned authority on this 25th day of *May* 2016, personally appeared *Andrea Bettancourt* known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME on this 25th day of *May* 2016, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC – STATE OF *Tennessee*

_____
*Tammy D. Dunn*
(Printed Name of Notary)

My Commission Expires: *May 22, 2017*

TAMMY D. DUNN
STATE OF
TENNESSEE
NOTARY
PUBLIC
WILLIAMSON COUNTY

I, _Lauren Rumsey_, understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.

**ACCEPTED AND AGREED:**

By: _(signature)_      _5/25/2016_
**LAUREN RUMSEY**     Date

STATE OF TENNESSEE     )
COUNTY OF _____ )

    BEFORE ME, the undersigned authority on this _25_ day of _May_ 2016, personally appeared _Lauren Rumsey_ known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

    SUBSCRIBED AND SWORN TO BEFORE ME on this _25_ day of _May_ 2016, to certify which witness my hand and seal of office.

_(signature)_
NOTARY PUBLIC – STATE OF _Tennessee_

_Tammy D. Dunn_
(Printed Name of Notary)

My Commission Expires: _May 22, 2017_

_(Notary seal: TAMMY D. DUNN, STATE OF TENNESSEE, NOTARY PUBLIC, WILLIAMSON COUNTY)_

I, JULIE RACKAUSKAS **understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.**

**ACCEPTED AND AGREED:**

By: _Julie Rackauskas_                 _5/25/2016_
**JULIE RACKAUSKAS**                          Date

STATE OF TENNESSEE          )
COUNTY OF Williamson        )

BEFORE ME, the undersigned authority on this 25th day of May 2016, personally appeared Julie Rackauskas known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME on this 25th day of May 2016, to certify which witness my hand and seal of office.

_Tammy D. Dunn_
NOTARY PUBLIC - STATE OF Tennessee

~~Fettress~~ Tammy D. Dunn
(Printed Name of Notary)

My Commission Expires: May 22, 2017

Case 3:15-cv-01187   Document 40-3   Filed 05/27/16   Page 4 of 43 PageID #: 271

I, _Timothy Carroll_ , understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.

ACCEPTED AND AGREED:

By: _____     _5/25/16_____
**TIMOTHY CARROLL**                          Date

STATE OF TENNESSEE      )
COUNTY OF _Williamson_      )

BEFORE ME, the undersigned authority on this _25th_ day of _May_____ 2016, personally appeared _Timothy Carroll_ known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME on this _25th_ day of _May_____ 2016, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC – STATE OF _Tennessee_

_____
(Printed Name of Notary) _Tammy D. Dunn_

My Commission Expires: _May 22, 2017_

I, Channing Adams, **understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.**

**ACCEPTED AND AGREED:**

By: _____          5/25/16

**CHANNING ADAMS**                                              Date

STATE OF TENNESSEE          )
COUNTY OF Williamson          )

 BEFORE ME, the undersigned authority on this 25th day of May 2016, personally appeared Channing Adams known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

 SUBSCRIBED AND SWORN TO BEFORE ME on this 25th day of May 2016, to certify which witness my hand and seal of office.

_____

NOTARY PUBLIC – STATE OF Tennessee

_____

(Printed Name of Notary)

My Commission Expires: May 22, 2017

[Notary Seal: TAMMY D. DUNN — STATE OF TENNESSEE — NOTARY PUBLIC — WILLIAMSON COUNTY]

I, _Caitlin Shaffer_ understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.

**ACCEPTED AND AGREED:**

By: _____     _5/25/16._
**CAITLIN SHAFFER**                    Date

STATE OF TENNESSEE          )
COUNTY OF _Williamson_      )

BEFORE ME, the undersigned authority on this _25th_ day of _May_ 2016, personally appeared _Caitlin Shaffer_ known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME on this _25th_ day of _May_ 2016, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC – STATE OF _Tennessee_

_____
(Printed Name of Notary) _Tammy Dunn_

My Commission Expires: _May 22, 2017_

STATE OF TENNESSEE NOTARY PUBLIC TAMMY D. DUNN WILLIAMSON COUNTY

I, Teshia Steuben, understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.

ACCEPTED AND AGREED:

By: _____        5/25/16
**TESHIA STEUBEN**                          Date


STATE OF TENNESSEE         )
COUNTY OF Williamson       )

BEFORE ME, the undersigned authority on this 25th day of May 2016, personally appeared Teshia Steuben known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME on this 25th day of May 2016, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC – STATE OF Tennessee

Tammy D. Dunn
_____
(Printed Name of Notary)

My Commission Expires: May 22, 2017

*[Notary seal: TAMMY D. DUNN, STATE OF TENNESSEE NOTARY PUBLIC, WILLIAMSON COUNTY]*

I, _Heather Cope_ , understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.

**ACCEPTED AND AGREED:**

By: _____     5/25/16
    **HEATHER COPE**                          Date

STATE OF TENNESSEE    )
COUNTY OF _Williamson_  )

    BEFORE ME, the undersigned authority on this 25th day of _May_ 2016, personally appeared _Heather Cope_ known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

    SUBSCRIBED AND SWORN TO BEFORE ME on this 25th day of _May_ 2016, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC – STATE OF _Tennessee_

_____
        (Printed Name of Notary)

My Commission Expires: _May 22, 2017_

TAMMY D. DUNN
STATE OF TENNESSEE NOTARY PUBLIC WILLIAMSON COUNTY

I, _Raquel Ziebart_ understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.

ACCEPTED AND AGREED:

By: _____          05/25/16
    **RAQUEL ZIEBART**                                    Date

STATE OF TENNESSEE    )
COUNTY OF _Williamson_    )

    BEFORE ME, the undersigned authority on this _25_ day of _May_ 2016, personally appeared _____ known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

    SUBSCRIBED AND SWORN TO BEFORE ME on this _25_ day of _May_ 2016, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC – STATE OF _Tennessee_

_____
(Printed Name of Notary)
_Tammy D. Dunn_

My Commission Expires: _May 22, 2017_

TAMMY D. DUNN
STATE
OF
TENNESSEE
NOTARY
PUBLIC
WILLIAMSON COUNTY

I, _Taylor Skinner_ , understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.

**ACCEPTED AND AGREED:**

By: _____   _5-26-16_
**TAYLOR SKINNER**                        Date

STATE OF TENNESSEE        )
COUNTY OF _Williamson_     )

BEFORE ME, the undersigned authority on this _26th_ day of _May_ 2016, personally appeared _Taylor Skinner_ known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME on this _26th_ day of _May_ 2016, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC – STATE OF _Tennessee_

_____
_Tammy D. Dunn_
(Printed Name of Notary)

My Commission Expires: _May 22, 2017_

*(Notary seal: TAMMY D. DUNN, STATE OF TENNESSEE, NOTARY PUBLIC, WILLIAMSON COUNTY)*

I, *Patience Anderson*, understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.

ACCEPTED AND AGREED:

By: _____     *May 25 2016.*
     **PATIENCE ANDERSON**                        Date

STATE OF TENNESSEE        )
COUNTY OF *Williamson*     )

    BEFORE ME, the undersigned authority on this *25th* day of *May* 2016, personally appeared *Patience Anderson* known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

    SUBSCRIBED AND SWORN TO BEFORE ME on this *25th* day of *May* 2016, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC – STATE OF *Tennessee*

_____
*Tammy D. Dunn*
(Printed Name of Notary)

My Commission Expires: *May 22, 2017*

[Notary Seal: TAMMY D. DUNN / STATE OF TENNESSEE / NOTARY PUBLIC / WILLIAMSON COUNTY]

I, *Rebecca*_____, understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.

**ACCEPTED AND AGREED:**

By: _*Rebecca Wells*_____     _*5/25/16*_____
**REBECCA WELLS**                                              Date

STATE OF TENNESSEE         )
COUNTY OF *Williamson*___   )

    BEFORE ME, the undersigned authority on this *25th* day of *May*___ 2016, personally appeared *Rebecca Wells*___ known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

    SUBSCRIBED AND SWORN TO BEFORE ME on this *25th* day of *May*___ 2016, to certify which witness my hand and seal of office.

_*Tammy D Dunn*_____
NOTARY PUBLIC — STATE OF *Tennessee*___

_*Tammy D. Dunn*_____
(Printed Name of Notary)

My Commission Expires: *May 22, 2017*___

[Notary Seal: TAMMY D. DUNN — STATE OF TENNESSEE — NOTARY PUBLIC — WILLIAMSON COUNTY]

I, _Kayla Walker_ understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.

ACCEPTED AND AGREED:

By: _____     _5/26/16_
**KAYLA WALKER**                                    Date

STATE OF TENNESSEE              )
COUNTY OF _Williamson_          )

BEFORE ME, the undersigned authority on this _26th_ day of _May_ 2016, personally appeared _Kayla Walker_ known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME on this _26th_ day of _May_ 2016, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC – STATE OF _Tennessee_

_____
(Printed Name of Notary) _Tammy D. Dunn_

My Commission Expires: _May 22, 2017_

TAMMY D. DUNN
STATE
OF
TENNESSEE
NOTARY
PUBLIC
WILLIAMSON COUNTY

I, *Katie Bultema*, **understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.**

**ACCEPTED AND AGREED:**

By: _____      5/26/2016
    **KATIE BULTEMA**                          Date

STATE OF TENNESSEE       )
COUNTY OF Williamson    )

    BEFORE ME, the undersigned authority on this 26th day of May 2016, personally appeared Katie Bultema known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

    SUBSCRIBED AND SWORN TO BEFORE ME on this 26th day of May 2016, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC – STATE OF Tennessee

_____
      Tammy D. Dunn
    (Printed Name of Notary)

My Commission Expires: May 22, 2017

TAMMY D. DUNN
STATE
OF
TENNESSEE
NOTARY
PUBLIC
WILLIAMSON COUNTY

I, _Emma Grafton_ **understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.**

**ACCEPTED AND AGREED:**

By: _Emma Grafton_        _5/26/16_
**EMMA GRAFTON**        Date

STATE OF TENNESSEE    )
COUNTY OF _Williamson_    )

    BEFORE ME, the undersigned authority on this _26th_ day of _May_ 2016, personally appeared _Emma Grafton_ known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

    SUBSCRIBED AND SWORN TO BEFORE ME on this _26th_ day of _May_ 2016, to certify which witness my hand and seal of office.

_Tammy D. Dunn_
NOTARY PUBLIC – STATE OF _Tennesse_

_Tammy D. Dunn_
(Printed Name of Notary)

My Commission Expires: _May 22, 2017_

TAMMY D. DUNN
STATE
OF
TENNESSEE
NOTARY
PUBLIC
WILLIAMSON COUNTY

I, Bria Presley, understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.

**ACCEPTED AND AGREED:**

By: _Bria L Presley_  Date: _May 26, 2016_
**BRIA PRESLEY**

STATE OF TENNESSEE        )
COUNTY OF _Williamson_    )

BEFORE ME, the undersigned authority on this _26th_ day of _May_ 2016, personally appeared _Bria Presley_ known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME on this _26th_ day of _May_ 2016, to certify which witness my hand and seal of office.

_Tammy D. Dunn_
NOTARY PUBLIC – STATE OF _Tennessee_

_Tammy D. Dunn_
(Printed Name of Notary)

My Commission Expires: _May 22, 2017_

TAMMY D. DUNN
STATE
OF
TENNESSEE
NOTARY
PUBLIC
WILLIAMSON COUNTY

I, _Katie Abell_, understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.

**ACCEPTED AND AGREED:**

By: _Katie A. Abell_                    _26 MAY 2016_
**KATIE ABELL**                          Date

STATE OF TENNESSEE          )
COUNTY OF _Rutherford_      )

    BEFORE ME, the undersigned authority on this _26_ day of _May_ 2016, personally appeared _Katie Abell_ known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

    SUBSCRIBED AND SWORN TO BEFORE ME on this _26_ day of _May_ 2016, to certify which witness my hand and seal of office.

_Nancy K. Gonzales_
NOTARY PUBLIC – STATE OF _Texas_

_Nancy K. Gonzales_
(Printed Name of Notary)

My Commission Expires: _____

NANCY K. GONZALES
MY COMMISSION EXPIRES
August 18, 2016

I, *Ronnie Attar,* understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.

**ACCEPTED AND AGREED:**

By: _____     5/26/16
    **RONNIE ATTAR**                                    Date

STATE OF TENNESSEE          )
COUNTY OF *Williamson*      )

    BEFORE ME, the undersigned authority on this 26th day of _May_ 2016, personally appeared *Ronnie Attar* known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

    SUBSCRIBED AND SWORN TO BEFORE ME on this 26th day of _May_ 2016, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC – STATE OF *Tennessee*

_____
*Tammy D. Dunn*
    (Printed Name of Notary)

My Commission Expires: *May 22, 2017*

TAMMY D. DUNN
STATE OF TENNESSEE
NOTARY PUBLIC
WILLIAMSON COUNTY

I, Griselda Cardiel understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.

**ACCEPTED AND AGREED:**

By: _____     5·26·16

**GRISELDA CARDIEL**     Date

STATE OF TENNESSEE )
COUNTY OF Rutherford )

    BEFORE ME, the undersigned authority on this 26 day of May 2016, personally appeared Griselda Cardiel known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

    SUBSCRIBED AND SWORN TO BEFORE ME on this 26 day of May 2016, to certify which witness my hand and seal of office.

_____

NOTARY PUBLIC – STATE OF ___TN___

_____
(Printed Name of Notary)

My Commission Expires: ___3·18·19___

JILL B. DUNCAN
STATE
OF
TENNESSEE
NOTARY
PUBLIC
COUNTY OF RUTHERFORD
My Comm. Expires
Mar. 18, 2019

I, Savannah Pickard understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.

ACCEPTED AND AGREED:

By: _Savannah Pickard_     _5.26.16_
**SAVANNAH PICKARD**         Date

STATE OF TENNESSEE     )
COUNTY OF _Williamson_    )

     BEFORE ME, the undersigned authority on this _26th_ day of _May_ 2016, personally appeared _Savannah Pickard_ known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

     SUBSCRIBED AND SWORN TO BEFORE ME on this _26th_ day of _May_ 2016, to certify which witness my hand and seal of office.

_Tammy D. Dunn_
NOTARY PUBLIC – STATE OF _Tennessee_

_Tammy D. Dunn_
(Printed Name of Notary)

My Commission Expires: _May 22, 2017_

TAMMY D. DUNN
STATE
OF
TENNESSEE
NOTARY
PUBLIC
WILLIAMSON COUNTY

I, _Kristen Schilling_ understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.

**ACCEPTED AND AGREED:**

By: _Kristen Schilling_                         _5/27/16_
**KRISTEN SCHILLING**                          Date

STATE OF TENNESSEE          )
COUNTY OF _Williamson_      )

    BEFORE ME, the undersigned authority on this _27th_ day of _May_ 2016, personally appeared _Kristen Schilling_ known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

    SUBSCRIBED AND SWORN TO BEFORE ME on this _27th_ day of _May_ 2016, to certify which witness my hand and seal of office.

_Tammy D. Dunn_
NOTARY PUBLIC – STATE OF _Tennessee_

_Tammy D. Dunn_
(Printed Name of Notary)

My Commission Expires: _May 22, 2017_

STATE OF TENNESSEE NOTARY PUBLIC WILLIAMSON COUNTY — TAMMY D. DUNN

I, _Brady Ledwell_ , understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.

**ACCEPTED AND AGREED:**

By: _____     _5-26-16_
**BRADY LEDWELL**                           Date

STATE OF TENNESSEE      )
COUNTY OF _Rutherford_  )

    BEFORE ME, the undersigned authority on this _26th_ day of _May_ 2016, personally appeared _Brady Ledwell_ known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

    SUBSCRIBED AND SWORN TO BEFORE ME on this _26th_ day of _May_ 2016, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC – STATE OF _Tennessee_

_____
(Printed Name of Notary) _Amy Hunt_

My Commission Expires: _11/18/18_

I, _Junamae Rice_, **understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.**

**ACCEPTED AND AGREED:**

By: _____       _5/27/16_____
    **JUNAMAE RICE**                                                Date

STATE OF TENNESSEE       )
COUNTY OF _Williamson_   )

    BEFORE ME, the undersigned authority on this _27th_ day of _May_ 2016, personally appeared _Junamae Rice_ known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

    SUBSCRIBED AND SWORN TO BEFORE ME on this _27th_ day of _May_ 2016, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC – STATE OF _Tennessee_

_____
_Tammy D. Dunn_
(Printed Name of Notary)

My Commission Expires: _May 22, 2017_

*[Notary seal: TAMMY D. DUNN / STATE OF TENNESSEE / NOTARY PUBLIC / WILLIAMSON COUNTY]*

I, _Chelsea Fedun_, understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.

**ACCEPTED AND AGREED:**

By: _Chelsea M Fedun_      _5/27/16_
    **CHELSEA FEDUN**            Date

STATE OF TENNESSEE       )
COUNTY OF _Williamson_    )

    BEFORE ME, the undersigned authority on this _27th_ day of _May_ 2016, personally appeared _Chelsea Fedun_ known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

    SUBSCRIBED AND SWORN TO BEFORE ME on this _27th_ day of _May_ 2016, to certify which witness my hand and seal of office.

_Tammy D. Dunn_
NOTARY PUBLIC – STATE OF _Tennessee_

_Tammy D. Dunn_
(Printed Name of Notary)

My Commission Expires: _May 22, 2017_

TAMMY D. DUNN
STATE
OF
TENNESSEE
NOTARY
PUBLIC
WILLIAMSON COUNTY

I, *Alexander Landau*, understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.


**ACCEPTED AND AGREED:**

By: _____     *May 27, 2016*
    **ALEXANDER LANDAU**                    Date


STATE OF TENNESSEE    )
COUNTY OF *Williamson*    )

    BEFORE ME, the undersigned authority on this *27th* day of *May* 2016, personally appeared *Alexander Landau* known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

    SUBSCRIBED AND SWORN TO BEFORE ME on this *27th* day of *May* 2016, to certify which witness my hand and seal of office.


_____
NOTARY PUBLIC – STATE OF *Tennessee*

*Tammy D. Dunn*
    (Printed Name of Notary)

My Commission Expires: *May 22, 2017*

I, _(signature)_ , understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.

ACCEPTED AND AGREED:

By: _(signature)_                                        5/27/16

CASSANDRA MYERS                                    Date

STATE OF TENNESSEE        )
COUNTY OF _Williamson_    )

BEFORE ME, the undersigned authority on this 27th day of _May_ 2016, personally appeared _Cassandra Myers_ known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME on this 27th day of _May_ 2016, to certify which witness my hand and seal of office.

_(signature)_

NOTARY PUBLIC – STATE OF _Tennessee_

_Tammy D. Dunn_
(Printed Name of Notary)

My Commission Expires: _May 22, 2017_

TAMMY D. DUNN
STATE OF TENNESSEE
NOTARY PUBLIC
WILLIAMSON COUNTY

I, _Chennille Turner,_ understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.

ACCEPTED AND AGREED:

By: _Chennille Turner_                    _5/27/16_
    **CHENILLE TURNER**                        Date

STATE OF TENNESSEE          )
COUNTY OF _RUTHERFORD_       )

    BEFORE ME, the undersigned authority on this _27th_ day of ___MAY___ 2016, personally appeared _CHENNILLE TURNER_ known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

    SUBSCRIBED AND SWORN TO BEFORE ME on this _27th_ day of _MAY_ 2016, to certify which witness my hand and seal of office.

NOTARY PUBLIC – STATE OF ___TENNESSEE___

        _GARRETT C. CROWELL_
            (Printed Name of Notary)

My Commission Expires: ___9/15/18___

I, _Jenna Heideman_, understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.

**ACCEPTED AND AGREED:**

By: _____     Date: _5/27/2016_
    JENNA HEIDEMAN

STATE OF TENNESSEE          )
COUNTY OF _Davidson_        )

    BEFORE ME, the undersigned authority on this _27th_ day of _May_ 2016, personally appeared _Jenna Heideman_ known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

    SUBSCRIBED AND SWORN TO BEFORE ME on this _27th_ day of _May_ 2016, to certify which witness my hand and seal of office.

_Michelle L Hickman_
NOTARY PUBLIC – STATE OF _Illinois_

_Michelle L Hickman_
(Printed Name of Notary)

My Commission Expires: _4/13/20_

```
OFFICIAL SEAL
MICHELLE L HICKMAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/13/20
```

I, _Tiffany Fancher_, **understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.**

**ACCEPTED AND AGREED:**

By: _____        _5·27·16_
**TIFFANY FANCHER**                                Date

STATE OF TENNESSEE          )
COUNTY OF _Williamson_      )

    BEFORE ME, the undersigned authority on this _27th_ day of _May_ 2016, personally appeared _Tiffany Fancher_ known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

    SUBSCRIBED AND SWORN TO BEFORE ME on this _27th_ day of _May_ 2016, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC – STATE OF _Tennessee_

_Tammy D. Dunn_
(Printed Name of Notary)

My Commission Expires: _May 22, 2017_

I, Mackenzie Hood , **understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.**

**ACCEPTED AND AGREED:**

By: _McKenzie Hood_____     _5/27/16_____
**McKENZIE HOOD**                                                          Date

STATE OF TENNESSEE              )
COUNTY OF Rutherford            )

BEFORE ME, the undersigned authority on this 27 day of May 2016, personally appeared Mackenzie Hood known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME on this 27 day of May 2016, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC – STATE OF Tennessee

_Caleb B Barrett_____
              (Printed Name of Notary)

My Commission Expires: 10/18/2016

*[Notary seal: CALEB B BARRETT — STATE OF TENNESSEE NOTARY PUBLIC — RUTHERFORD COUNTY]*

I, Morgan Ferris, understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.

**ACCEPTED AND AGREED:**

By: _____    05 / 27 / 2016
**MORGAN FERRIS**                          Date

STATE OF TENNESSEE        )
COUNTY OF Williamson      )

BEFORE ME, the undersigned authority on this 27th day of May 2016, personally appeared Morgan Ferris known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME on this 27th day of May 2016, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC – STATE OF Tennessee

_____
Tammy D. Dunn
(Printed Name of Notary)

My Commission Expires: May 22, 2017

TAMMY D. DUNN
STATE
OF
TENNESSEE
NOTARY
PUBLIC
WILLIAMSON COUNTY

I, Anna Derrington understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.


**ACCEPTED AND AGREED:**


By: _____     __5/27/2016__
    ANNA DERRINGTON                            Date


STATE OF TENNESSEE          )
COUNTY OF _DAVIDSON___      )

BEFORE ME, the undersigned authority on this _27_ day of _MAY_____ 2016, personally appeared _ANNA DERRINGTON_ known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME on this _27_ day of _MAY_____ 2016, to certify which witness my hand and seal of office.


_____

NOTARY PUBLIC – STATE OF _TN_


(Printed Name of Notary) _LAUREN A. DAVENPORT_

My Commission Expires: _MARCH 03, 2020_



I, *Thomas Kooman*, understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.

ACCEPTED AND AGREED:

By: _____     5/27/16
    THOMAS KOOMAN                 Date

STATE OF TENNESSEE      )
COUNTY OF **DAVIDSON**    )

    BEFORE ME, the undersigned authority on this **27** day of **MAY** 2016, personally appeared **THOMAS KOOMEN** known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

    SUBSCRIBED AND SWORN TO BEFORE ME on this **27** day of **MAY** 2016, to certify which witness my hand and seal of office.

_____

NOTARY PUBLIC – STATE OF **TN**

    (Printed Name of Notary) **LAUREN A. DAVENPORT**

My Commission Expires: **MARCH 03, 2020**

LAUREN A. DAVENPORT
STATE OF TENNESSEE
NOTARY PUBLIC
DAVIDSON COUNTY

I, Lindsey Raines **understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.**

**ACCEPTED AND AGREED:**

By Lindsey Raines          5/27/16

**LINDSEY RAINES**                    Date

STATE OF TENNESSEE          )
COUNTY OF Williamson          )

BEFORE ME, the undersigned authority on this 27th day of May 2016, personally appeared Lindsey Raines known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME on this 27th day of May 2016, to certify which witness my hand and seal of office.

Tammy D. Dunn

NOTARY PUBLIC – STATE OF Tennessee

Tammy D. Dunn

(Printed Name of Notary)

My Commission Expires: May 22, 2017

TAMMY D. DUNN
STATE OF TENNESSEE
NOTARY PUBLIC
WILLIAMSON COUNTY

I, _Charles Gatlin_, **understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.**

**ACCEPTED AND AGREED:**

By: _____    _5-27-2016_
   **CHARLES NICHOLAS GATLIN**                Date


STATE OF TENNESSEE          )
COUNTY OF _Williamson_      )

BEFORE ME, the undersigned authority on this _27th_ day of _May_ 2016, personally appeared _Charles Nicholas Gatlin_ known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME on this _27th_ day of _May_ 2016, to certify which witness my hand and seal of office.


_____
NOTARY PUBLIC – STATE OF _Tennessee_


_____
_Tammy D. Dunn_
(Printed Name of Notary)

My Commission Expires: _May 22, 2017_

TAMMY D. DUNN
STATE OF TENNESSEE
NOTARY PUBLIC
WILLIAMSON COUNTY

I, CHELSEA HARMON, understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.

**ACCEPTED AND AGREED:**

By: _____     5-27-16
     **CHELSEA HARMON**                                Date

STATE OF TENNESSEE          )
COUNTY OF Williamson        )

BEFORE ME, the undersigned authority on this 27th day of May 2016, personally appeared Chelsea Harmon known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME on this 27th day of May 2016, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC – STATE OF Tennessee

_____
Tammy D. Dunn
(Printed Name of Notary)

My Commission Expires: May 22, 2017

[Notary Seal: TAMMY D. DUNN / STATE OF TENNESSEE / NOTARY PUBLIC / WILLIAMSON COUNTY]

I, *Heather Markman* understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.

ACCEPTED AND AGREED:

By: _____     5/27/16
**HEATHER MARKMAN**                          Date

STATE OF TENNESSEE          )
COUNTY OF *Williamson*      )

BEFORE ME, the undersigned authority on this *27th* day of *May* 2016, personally appeared *Heather Markman* known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME on this *27th* day of *May* 2016, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC – STATE OF *Tennessee*

_____
*Tammy D. Dunn*
(Printed Name of Notary)

My Commission Expires: *May 22, 2017*

TAMMY D. DUNN
STATE OF TENNESSEE
NOTARY PUBLIC
WILLIAMSON COUNTY

**ACCEPTED AND AGREED:**

By: _____     05/27/16

    **NATHAN FAIR**                                   Date


STATE OF TENNESSEE    )
COUNTY OF _Rutherford_    )

    BEFORE ME, the undersigned authority on this 27th day
of _May_ 2016, personally appeared
_Nathan Fair_ known to me to be the person whose
name is subscribed to the foregoing instrument and signed in my
presence and swore upon oath this AGREEMENT was executed
for the purposes and consideration therein expressed.

    SUBSCRIBED AND SWORN TO BEFORE ME on
this 27 day of _May_ 2016, to certify which witness
my hand and seal of office.

_____

NOTARY PUBLIC – STATE OF _Tn_

_Holly C Williams_
    (Printed Name of Notary)

My Commission Expires: _2-17-20_

I, _____, understand the terms of this
Agreement. The terms of the Agreement have been fully
explained to me, and I have had the opportunity to ask
questions about them. By signing below, I understand that I
am irrevocably agreeing to the terms of this Agreement. I
further affirm I have reviewed the settlement payment
attributable to me in the table set forth in Exhibit A. By
signing below, I certify and agree that the amount
attributable to me is the full amount of damages to which I
am entitled under this Agreement.

**ACCEPTED AND AGREED:**

I, _Haily Roche_, understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.

**ACCEPTED AND AGREED:**

By: _____     _5/27/16_
  **HAILY ROCHE**                                      Date

STATE OF TENNESSEE          )
COUNTY OF _DAVIDSON_        )

BEFORE ME, the undersigned authority on this _27_ day of _MAY_ 2016, personally appeared _HAILY ROCHE_ known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME on this _27_ day of _MAY_ 2016, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC – STATE OF _TN_

_John Thomas_
_____
(Printed Name of Notary)

My Commission Expires: _01/05/2019_

I, Emily Osteen, understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the estimated payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.

ACCEPTED AND AGREED:

By ___Emily Ost_____     5/27/16
EMILY OSTEEN                          Date

STATE OF TENNESSEE          )
COUNTY OF Maury             )

BEFORE ME, the undersigned authority on this 27th day of MAY 2016, personally appeared Emily Osteen known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME on this 27th day of MAY 2016, to certify which witness my hand and seal of office.

_Trena Fair_____

NOTARY PUBLIC   STATE OF Tennessee

_TRENA Fair_____
(Printed Name of Notary)

My Commission Expires  7/18/16

TRENA FAIR
STATE OF TENNESSEE
NOTARY PUBLIC
MAURY COUNTY
My Commission Expires JULY 18, 2016

I, _Leslie Losey_, understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.

**ACCEPTED AND AGREED:**

By: _____       5/27/16

**LESLIE LOSEY**                            Date

STATE OF TENNESSEE          )
COUNTY OF _Williamson_      )

BEFORE ME, the undersigned authority on this _27th_ day of _May_ 2016, personally appeared _Leslie Losey_ known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME on this _27th_ day of _May_ 2016, to certify which witness my hand and seal of office.

_____

NOTARY PUBLIC – STATE OF _Tennessee_

_____
Tammy D. Dunn
(Printed Name of Notary)

My Commission Expires: _May 22, 2017_

TAMMY D. DUNN
STATE
OF
TENNESSEE
NOTARY
PUBLIC
WILLIAMSON COUNTY

I, _Kristin Key_, understand the terms of this Agreement. The terms of the Agreement have been fully explained to me, and I have had the opportunity to ask questions about them. By signing below, I understand that I am irrevocably agreeing to the terms of this Agreement. I further affirm I have reviewed the settlement payment attributable to me in the table set forth in Exhibit A. By signing below, I certify and agree that the amount attributable to me is the full amount of damages to which I am entitled under this Agreement.

**ACCEPTED AND AGREED:**

By: _____     _05-27-16_
**KRISTIN KEY**                           Date

STATE OF TENNESSEE          )
COUNTY OF _Williamson_      )

BEFORE ME, the undersigned authority on this _27th_ day of _May_ 2016, personally appeared _Kristin Key_ known to me to be the person whose name is subscribed to the foregoing instrument and signed in my presence and swore upon oath this AGREEMENT was executed for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME on this _27th_ day of _May_ 2016, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC – STATE OF _Tennessee_

_Tammy D. Dunn_
(Printed Name of Notary)

My Commission Expires: _May 22, 2017_

TAMMY D. DUNN
STATE
OF
TENNESSEE
NOTARY
PUBLIC
WILLIAMSON COUNTY