IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GINO MORALES, et al. | ) |
| | ) |
| v. | ) NO. 3-15-1187 |
| | ) JUDGE CAMPBELL |
| SAM'S SPORTS BAR AND | ) |
| GRILL, LLC, et al. | ) |

ORDER

Pending before the Court is a Joint Motion for Approval of Settlement of Claims (Docket No. 40). The Motion is GRANTED, and the Settlement Agreements are approved. This action is DISMISSED with prejudice, and the Clerk is directed to close the file.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE